# THE LAW OFFICES OF SEAN M. MAHER, PLLC

January 10, 2024

**VIA ECF**

**APPLICATION GRANTED**
**SO ORDERED**

_[signature]_

John G. Koeltl, U.S.D.J.

1/11/24

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Ted Albin*, 23 Cr. 664 (JGK)

Dear Judge Koeltl:

I respectfully write to request that the Court extend the deadline for Mr. Albin to meet the conditions of his bond until January 17, 2024.

On December 28, 2023, Magistrate Judge Barbara C. Moses arraigned Mr. Albin and approved a bail package that included a $500,000 personal recognizance bond secured by Mr. Albin's primary residence in Stuart, Florida and co-signed by two financially responsible persons. Mr. Albin was released on his own signature with the various conditions to be met by January 10, 2024.

As background, Mr. Albin originally was arrested on this matter in Florida. Bail conditions mirroring those described above were set and Mr. Albin's case was removed to our district under Rule 5(c)(3). Mr. Albin and his two co-signers have signed the bond in Florida.

Because of the logistics involved completing the conditions of the bond, particularly in securing property in Florida, it is respectfully requested that the Court grant Mr. Albin until January 17, 2024 to meet all of the conditions of his bond. I have conveyed this request to the government and AUSA David Lewis has informed me that the government consents to Mr. Albin's request.

Respectfully submitted,

_/S/_

Sean M. Maher
*Counsel for Ted Albin*

cc:   All counsel via ECF

2796 SEDGWICK AVENUE, SUITE C1, BRONX, NEW YORK 10468
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM