# THE LAW OFFICES OF SEAN M. MAHER, PLLC

January 31, 2024

**VIA ECF**

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
1/31/24

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ted Albin*, 23 Cr. 664 (JGK)

Dear Judge Koeltl:

I respectfully write to request that the Court extend the deadline for Mr. Albin to meet the conditions of his bond until February 7, 2024.

The last remaining bond condition for Mr. Albin to satisfy is securing his primary residence in Stuart, Florida. The defense has tried to file the Court's Order of January 17, 2024 with the appropriate court in Florida, however the Florida court will not accept filing of the Order of this Court. The defense has been in discussions with the government on how best to proceed. After conferring with the government, I believe that Mr. Albin should be able to satisfy this remaining bail condition within a week by February 7, 2024.

I have conveyed this request to the government and AUSA Rushmi Bhaskaran has informed me that the government consents to Mr. Albin's request.

Respectfully submitted,

/S/
Sean M. Maher
*Counsel for Ted Albin*

cc:   All counsel via ECF