UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-                                                        23 cr 664 (JGK)

ERIN FOLEY, et al.,                                             **ORDER**
                    Defendant.
-------------------------------------------------------------X

        The Court has received the application from Sean M. Maher, Esq, dated today, to be relieved as counsel for the defendant, Ted Albin.

        The Court appoints the CJA counsel for today, Eylan Schulman, as counsel to represent the defendant Ted Albin.

        All parties are directed to appear for a conference on **Thursday, October 17, 2024, at 3:30pm.**

**SO ORDERED.**

                                                                       **JOHN G. KOELTL**
                                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 10, 2024

# THE LAW OFFICES OF SEAN M. MAHER, PLLC

October 10, 2024

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ted Albin*, 23 Cr. 664 (JGK)

Dear Judge Koeltl:

    I respectfully write to inform the Court that I must withdraw as counsel for Ted Albin and to request that the Court appoint new CJA counsel for Mr. Albin.

    I have accepted a fulltime position with a non-profit dedicated to improving the quality of indigent defense representation around the nation. In preparation for my new job and out-of-state relocation, I can no longer represent Mr. Albin. I have notified Mr. Albin of this development and my need to withdraw.

    Because I am presently out of town through October 19, 2024, and hope for new counsel to assist Mr. Jones as soon as possible, I respectfully request that any substitution of counsel that may occur while I am out of town be conducted without my physical presence. Because Mr. Albin lives in Florida, it is respectfully requested that Mr. Albin be permitted to attend any substitution of counsel proceeding via video or telephonic conference.

    The Court's consideration is greatly appreciated.

Respectfully submitted,

_____/S/_____
Sean M. Maher
*Counsel for Ted Albin*

cc:   All counsel via ECF

2796 SEDGWICK AVENUE, SUITE C1, BRONX, NEW YORK 10468
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM