March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Ted Albin
                     Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO CONFERENCE**

23 -CR-664 ( JGK ) (        )

Defendant __Ted Albin_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

_x_  Status and/or Scheduling Conference

___  Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Ted Albin_____
Print Defendant's Name

_____
Defense Counsel's Signature

Sean M. Maher
Print Defense Counsel's Name

This proceeding was conducted by reliable video conference technology.

_10/17/24_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge