UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                         :

UNITED STATES OF AMERICA,
                                                         :        [~~Proposed~~]

        - v. -                                                          **<u>SCHEDULING</u>**
                                                         :        **<u>ORDER</u>**

TED ALBIN,
                                                         :        S1 23 Cr. 664 (JGK)
                 Defendant.
                                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to an agreement of the parties, the Court ORDERS as follows:

       1.       The defendant's Rule 16 Discovery Materials shall be disclosed to the Government by May 12, 2025, to the extent that such materials are in the defense's possession as of that date.

       2.       The Government's § 3500 materials for witnesses it intends to call in its case-in-chief shall be disclosed to defense counsel by May 19, 2025, to the extent that such materials are in the Government's possession as of that date. Section 3500 materials for witnesses identified by the Government as "cooperating witnesses," are designated "Attorney's Eyes Only" until June 2, 2025.

       3.       The Government shall identify to defense counsel the exhibits it expects to introduce at trial by May 27, 2025, to the extent that such materials are in the Government's possession as of that date.

       4.       The defendant shall: (i) identify exhibits he expects to introduce in his case-in-chief by June 2, 2025; and (ii) disclose any Rule 26.2 materials for witnesses he intends to call during his case-in-chief by June 2, 2025.

5.  The defendant shall identify any witnesses that he intends to call during his case-in-chief by June 2, 2025.

SO ORDERED.

/s/ John G. Koeltl
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: June 2, 2025
New York, New York