UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

TED ALBIN,
      Defendant.
-------------------------------------------------------------X

23 cr 664-02 (JGK)

**ORDER**

  Having been found guilty at trial, today, bail for the defendant, Ted Albin, is increased to include home detention and location monitoring as provided by Pretrial Services.

**SO ORDERED.**

                     /s/ John G. Koeltl
                     **JOHN G. KOELTL**
                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
    June 24, 2025