UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

TED ALBIN,

           Defendant.

23-cr-664-2 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On June 24, 2025, the defendant was found guilty by a jury on Counts 1, 2, 3 and 4 of the Superseding Indictment (ECF No. 26). Sentencing for the defendant, Ted Albin, is scheduled for **Wednesday, December 10, 2025, at 4:30 p.m.**

On June 24, 2025, the defendant, Ted Albin, renewed his motion for a judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure and moved for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure. The time for the defendant to file papers in support of these motions is **August 22, 2025.** The time for the Government to respond is **September 19, 2025.** The defendant may reply by **October 3, 2025.**

SO ORDERED.
Dated:    New York, New York
            June 25, 2025

                                          John G. Koeltl
                                  United States District Judge