```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA | 23-cr-664-2 (JGK) |
| - against - | <u>ORDER</u> |
| TED ALBIN, | |
| Defendant. | |

**JOHN G. KOELTL, District Judge:**

The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to set aside the verdict (ECF No. 173).

SO ORDERED.

Dated:  New York, New York
        October 10, 2025

　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　United States District Judge