UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

           - against -

TED ALBIN,

           Defendant.

---

23-cr-664-2 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for oral argument on the defendant's motion for a judgment of acquittal and a new trial (ECF No. 173) on **Wednesday, November 19, 2025, at 3:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:     New York, New York
            October 31, 2025

                                       John G. Koeltl
                                United States District Judge