UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,
                Plaintiffs,

     -against-                                       23 cr 664 (JGK)

TED ALBIN,                                                 **ORDER**
                Defendant.
-----------------------------------------------------------X

       The oral argument on the defendant Ted Albin's motion for a new trial will be held on **Monday, November 17, 2025, at 11:00am.** The defendant, Ted Albin, is allowed to appear virtually. Mr. Albin shall call (646) 453-4442, with Conference ID 675 278 33# before the conference begins.

**SO ORDERED.**

                                                                          _____
                                                                          JOHN G. KOELTL
                                                             UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       November 13, 2025