```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA                    23-cr-664-2 (JGK)

                                                                ORDER

- against -

TED ALBIN,

                Defendant.

JOHN G. KOELTL, District Judge:

    The sentencing previously scheduled for December 10, 2025, at 4:30 p.m. is adjourned to **December 22, 2025, at 1:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            November 21, 2025

                                                        John G. Koeltl
                                         United States District Judge