UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiffs,

          -against-

                  23 cr 664 (JGK)

TED ALBIN,

                      Defendant.               **ORDER**

-------------------------------------------------------------X

Sentencing in this matter is **adjourned to Wednesday, January 21, 2026, at 11:00am.**

All defense submissions shall be made by **January 7, 2026.** All Government submissions shall be made by **January 13, 2026.**

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 9, 2025