

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37ᵗʰ Floor*
*New York, New York 10278*

December 16, 2025

**VIA ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    *United States v. Albin*, 23 Cr. 664 (JGK)

Dear Judge Koeltl:

      The Government respectfully requests an adjournment of the sentencing of defendant Ted Albin, which was recently rescheduled for January 21, 2025. Two members of the Government's trial team will be unavailable due to a trial beginning on January 20, 2025 before Judge Broderick (*United States v. Darryl Cohen*, 23 Cr. 134 (VSB), and a third will be out of the office on parental leave. The Government therefore respectfully requests that Albin' sentencing be adjourned until a date after February 18, 2025. The defendant, through counsel, consents to the Government's adjournment request.

                                   Respectfully submitted,

*ADJOURNED TO THURSDAY, FEBRUARY 19, 2026, AT 2:30PM.*

*SO ORDERED*

*12/18/25*  [signature]  *USDJ*

                                 JAY CLAYTON
                                 United States Attorney

          By:   /s/
                William C. Kinder
                Brandon C. Thompson
                Jackie Delligatti
                Ryan B. Finkel
                Assistant United States Attorneys
                (212) 637-2394/2444/2559/6612

*Defense submissions due by February 2, 2026. Government submissions due by February 9, 2026. So ordered.*

*12/18/25*  [signature]  *USDJ*