UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,
                              Plaintiffs,

              -against-                                    23 cr 664-02 (JGK)

TED ALBIN,
                              Defendant.

-------------------------------------------------------------------X

The sentence for defendant Ted Albin, scheduled for Thursday, February 19, 2026, at 2:30pm

is **adjourned to Thursday, February 26, 2026, at 4:30pm.** All deadlines set by this Court shall

remain in effect.

**SO ORDERED.**

                             **JOHN G. KOELTL**
             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 4, 2026.