UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

UNITED STATES OF AMERICA

      - against -           23-cr-664 (JGK)

TED ALBIN,                  ORDER

           Defendant.

---------------------------------------

JOHN G. KOELTL, District Judge:

By **noon on March 16, 2026,** the Government is asked to provide the record cites for its submission that the proper amount of forfeiture for defendant Albin is $2,347,771.24, of which $1,710,274.84 is joint and several with Erin Foley.

SO ORDERED.

Dated:    New York, New York
          March 13, 2026

                               John G. Koeltl
                       United States District Judge