**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

    - against -

**TED ALBIN,**

              **Defendant.**

**23-cr-664 (JGK)**

<u>**ORDER**</u>

---

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record at the hearing held today, the Court will defer the determination of the amount of restitution for at least 60 days. <u>See</u> 18 U.S.C. § 3664(d)(5). The Government should make any further submission by **May 1, 2026,** and the defense should make any further submission by **May 15, 2026.**

SO ORDERED.
Dated:    New York, New York
          March 19, 2026

                        John G. Koeltl
               United States District Judge