**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- against -**

**TED ALBIN,**

**Defendant.**

---

**23-cr-664 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

By **Friday, July 31, 2026,** the defendant should advise the Court whether he waives his presence for the issuance of the order of restitution.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 22, 2026**

**John G. Koeltl**
**United States District Judge**