UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

TED ALBIN,

Defendant.

23-cr-664 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to appear, by telephone, for the imposition of the Court's order of restitution on **Monday, September 14, 2026, at 3:00 p.m.**

Dial-in: 646-453-4442, with access code 675 278 33#

**SO ORDERED.**

**Dated:** New York, New York
August 11, 2026

John G. Koeltl
United States District Judge